**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

James Hoose

**Plaintiff,**

  **v.**

GenVec, Inc.

**Defendant.**

   \*

   \*

   \*

   \*

   \*

**Case No.** 8:17-cv-00987-PWG

**<u>DISCLOSURE OF CORPORATE INTEREST</u>**

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒  The following corporate affiliations exist with Intrexon Corporation :
(name of party)

[See Appendix A] .
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Given the uncertainty as to which, if any, of the claims are asserted against Intrexon Corporation, Intrexon Corporation is unable to make a determination as to other entities that may have a financial interest in the outcome of this litigation at this time. Intrexon Corporation will amend this disclosure if such an entity is identified in the course of this litigation._____

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
|---|---|
| (name of member) | (state of citizenship) |

| _____ | _____ |
|---|---|
| (name of member) | (state of citizenship) |

| _____ | _____ |
|---|---|
| (name of member) | (state of citizenship) |

| _____ | _____ |
|---|---|
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

4/26/2017
Date

/s/ David A. Wilson
Signature

David A. Wilson (012990)
Printed name and bar number

David.Wilson@thompsonhine.com
Address

1919 M Street NW, Suite 700
Email address

202-263-4161
Telephone number

202-331-8330
Fax number

2

**APPENDIX A**
**AFFILIATES**

Partially or Wholly-Owned Subsidiaries of Party

- AquaBounty Technologies, Inc.

- Biological & Popular Culture, Inc.

- EnviroFlight, LLC

- Exemplar Genetics, LLC

- Fruit Orchard Holdings, Inc.

- Intrexon AB, Co.

- Intrexon ABT, Inc.

- Intrexon CEU, Inc.

- Intrexon Crop Protection, Inc.

- Intrexon EF Holdings, Inc.

- Intrexon Energy Partners, LLC

- Intrexon Energy Partners II, LLC

- Intrexon Environmental Medicine Partners, LLC

- Intrexon GV Holding, Inc.

- Intrexon Holdings, Inc.

- Intrexon Produce Holdings, Inc.

- Intrexon T1D Partners, LLC

- Intrexon UK Holdings, Inc.

- OvaXon, LLC

- S & I Ophthalmic, LLC

- Trans Ova Genetics, L.C.

- Unicell Bio International, LLC

- ViaGen, L.C.

- Xogenex LLC

- XON Cells, Inc.

- ER Cell LLC

- Fruit Orchard Holdings Mexico

- Intrexon ActoBiotics NV (naamloze vennootschap)

- Intrexon Laboratories Belgium BVBA (besloten vennootschap met beperkte aansprakelijkheid)

- Intrexon Laboratories Hungary, KFT (korlátolt felelõsségû társaság)

- Intrexon UK Insect Holdings Inc.

- Mosquito Technologies Limited Mexico

- Okanagan Specialty Fruits Inc.

- Oxitec, Ltd

- Oxitec Sdn Bhd

- Oxitec Cayman Limited

- Oxitec (Singapore) PTE. Limited

- Oxitec do Brasil Tecnologia de Insetos Ltda

Affiliates under Common Control with Party

- ADC 2010, LLC

- JPK 2008, LLC

- JPK 2009, LLC

- JPK 2012, LLC

- Kapital Joe, LLC

- Kellie L. Banks (2009) Long Term Trust

- Lotus Capital (2000) Company Inc.

- Mascara Kaboom, LLC

- MGK 2008, LLC

- MGK 2009, LLC

- MGK 2011, LLC

- New River Management V, LP

- NRM VI Holdings I, LLC

- NRM VII Holdings I, LLC

- R.J. Kirk Declaration of Trust

- Third Security LLC

- Third Security Incentive 2010 LLC

- Third Security Incentive 2006 LLC

- Third Security Staff 2006 LLC

- Third Security Senior Staff 2006 LLC

- Third Security Senior Staff 2008 LLC

- Third Security Staff 2001 LLC

- Third Security Staff 2010 LLC

- Third Security Senior Staff LLC

- ZSK 2008, LLC

- ZSK 2009, LLC